IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**Renee Michelle Branch**                                                                                         **Plaintiff**

v.                                          No. 1:13-CV–119-JM

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                                       **Defendant**

## ORDER ACCEPTING RECOMMENDED DISPOSITION

After reviewing the recommended disposition filed in this case, the court finds no party has objected. The court ACCEPTS the recommended disposition and DENIES Renne Michelle Branch's request for relief (docket entry # 2). The court will enter judgment affirming the decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

So ordered this 16th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE